[No. 47559-2-I.   Division One.   June 3, 2002.]

COAST TO COAST SEAFOOD, INC., *Respondent*, v. ASSURANCES GENERALES DE FRANCE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22625-2, Richard D. Eadie, J., entered July 21, 2000. *Reversed with instructions* by unpublished opinion per Coleman, J., concurred in by Grosse and Baker, JJ. Now published at 112 Wn. App. 624.

[No. 47819-2-I.   Division One.   June 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS VICTOR McCARTHY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06958-4, Carol A. Schapira, J., entered November 20, 2000. *Reversed* by unpublished per curiam opinion. Now published at 112 Wn. App. 231.

[No. 48221-1-I.   Division One.   June 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY McMILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10742-7, Steven G. Scott, J., entered February 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48313-7-I.   Division One.   June 3, 2002.]

RODNEY JAQUISH, *Appellant*, v. WESTERN WASHINGTON UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-01632-4, Steven J. Mura, J., entered March 9, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Ellington, J.